UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| UNITED STATES OF AMERICA | COMMITMENT |
| v. | TO ANOTHER DISTRICT |
| JONATHAN DAVID GRENON | CASE NO. 8:20-MJ-1657-T-AAS |

## CHARGES

| Charging Document | Statute | Charging District |
|---|---|---|
| Complaint | 18 U.S.C. § 371<br>18 U.S.C. § 401(3) | Southern District of Florida<br>1:20-mj-03050-AOR |

**Description:** Conspiracy to defraud and deliver misbranded drugs; criminal contempt

## PROCEEDINGS

**BOND STATUS:** Detention hearing held, defendant detained

**COUNSEL:** None – pro se

**INTERPRETER:** None

### TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of **Jonathan David Grenon** and to transport the defendant with a certified copy of this Commitment Order forthwith to the Charging District and there deliver him to the United States Marshal for that District or to some other officer authorized to receive the defendant.

July 13, 2020

*/s/ Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
UNITED STATES MAGISTRATE JUDGE

### RETURN

| Commitment Order Received: | Place of Commitment: | Date Defendant Committed: |
|---|---|---|
| Date | United States Marshal | By Deputy Marshal |